

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  ELIZABETH KERR
  J. WADE BIRDWELL
  DABNEY BASSEL
  DANA WOMACK
  MIKE WALLACH
  BRIAN WALKER

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

February 23, 2023

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196-0402
* DELIVERED VIA E-MAIL *

Hon. David C. Hagerman
Judge, 297th District Court
Tim Curry Criminal Justice Center
401 W. Belknap, 5th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Bryant Cabrera
2888 Medlin Drive
Arlington, TX 76015
* DELIVERED VIA E-MAIL *

Henry  Arthur Diggs aka Henry M.
Diggs Marsh
TDCJ Rufe Jordan Unit
#02370309
1992 Helton Road
Pampa, TX 79065

Steven W. Conder
Assistant Criminal District Attorney
Tim Curry Criminal Justice Center
401 W. Belknap St., 4th Floor
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     02-21-00150-CR, 02-21-00151-CR
        Trial Court Case Number:     1606783D, 1606784D

Style:   Henry Arthur Diggs Marsh aka Henry M. Diggs
         v.
         The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.  Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*